UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-CR-146 |
| | ) | (Phillips) |
| FREDDIE RAY COLLINS | ) | |

### ORDER

There being no timely objection by any party, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation (R&R) [Doc. 5] filed by the Honorable H Bruce Guyton, United States Magistrate Judge, on January 7, 2010, is hereby **ACCEPTED IN WHOLE** whereby the government's motion to dismiss the information filed in this case is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge